IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| MICHAEL L. LINDINGER | § | |
| v. | § | CIVIL ACTION NO. 6:12cv401 |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation recommends that the Commissioner's final decision be reversed and this matter remanded pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration of Dr. Wolcott's treating physician opinion consistent with 20 C.F.R. §§ 404.1527(c), 416.927(c) and *Newton v. Apfel*, 209 F.3d 448, 455 (5th Cir. 2000). No written objections have been filed. The findings and conclusions of the Magistrate Judge are therefore adopted as those of the Court.

In light of the foregoing, it is

**ORDERED** that the Commissioner's final decision is hereby **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings

consistent with the findings above. It is further

**ORDERED** that any motion not previously ruled on is **DENIED**.

**SIGNED this 29th day of July, 2013.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE